Michael J. Niborski (State Bar No. 192111)
*mniborski@pryorcashman.com*
Benjamin S. Akley (State Bar No. 278506)
*bakley@pryorcashman.com*
**PRYOR CASHMAN LLP**
1801 Century Park East, 24th Floor
Los Angeles, California 90067-2302
Tel: (310) 683-6900
Fax: (310) 943-3397

*Attorneys for Defendants Benjamin Joseph Levin p/k/a Benny Blanco, Ashley Nicolette Frangipane p/k/a Halsey, Nathan Perez p/k/a Happy Perez, Edward Christopher Sheeran, Friends Keep Secrets, Inc. and UMG Recordings, Inc. d/b/a Interscope Records*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KONSTANTINE PANAGIOTIS LOIS and SHANE JARRET WILLIAMS,<br><br>    Plaintiffs,<br><br>    vs.<br><br>BENJAMIN JOSEPH LEVIN p/k/a BENNY BLANCO et al.,<br><br>    Defendants. | Case No. 2:21-cv-4305-SVW-ADS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>*[Proposed] Order lodged concurrently herewith* |

1

## **STIPULATION**

2     1.      Pursuant to this Court's Local Rule 8-3, IT IS HEREBY STIPULATED

3 AND AGREED by and between Plaintiffs Konstantine Panagiotis Lois and Shane

4 Jarret Williams ("Plaintiffs") and Defendants Benjamin Joseph Levin p/k/a Benny

5 Blanco ("Blanco"), Ashley Nicolette Frangipane p/k/a Halsey ("Halsey"), Nathan

6 Perez p/k/a Happy Perez ("Perez"), Edward Christopher Sheeran ("Sheeran"), Friends

7 Keep Secrets, Inc. ("FKS") and UMG Recordings, Inc. d/b/a Interscope Records

8 ("UMG") (collectively, the "Defendants"), as follows:

9     2.      Plaintiffs filed the Complaint in this action on May 24, 2021.

10     3.      On May 25, 2021, Sheeran waived service while outside the United

11 States, making his response to the Complaint due on August 23, 2021.  (ECF 12).

12     4.      On June 8, 2021, UMG waived service, making its response to the

13 Complaint due on August 7, 2021.  (ECF 14).

14     5.      On June 21, 2021, Blanco, Halsey, Perez and FKS agreed to acknowledge

15 service of the Complaint, without waiver of any other defenses, on condition that they

16 be afforded until August 23, 2021 to respond to the Complaint.

17     6.      For the sake of uniformity, the parties have agreed to extend the time for

18 Defendants to respond to the Complaint until August 23, 2021.

19     7.      Therefore, upon approval by the Court, it is hereby stipulated by and

20 between the Parties, through their counsel of record, that Defendants may have up to

21 and including August 23, 2021 to answer, move or otherwise respond to the Complaint

22 in this action.

23

24

25

26

27

28

IT IS SO STIPULATED.

**LAW FIRM OF HIGBEE & ASSOCIATES**

Dated: June 22, 2021          By:     */s/ Ryan E. Carreon*

Ryan E. Carreon
*rcarreon@higbeeassociates.com*
**Attorneys for Plaintiffs**

**PRYOR CASHMAN LLP**

Dated: June 22, 2021          By:     */s/ Benjamin S. Akley*

Benjamin S. Akley
*bakley@pryorcashman.com*
**Attorneys for Defendants**

**ATTESTATION REGARDING SIGNATURES**

The undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

Dated: June 22, 2021          By:     */s/ Benjamin S. Akley*

Benjamin S. Akley
*bakley@pryorcashman.com*