Michael J. Niborski (State Bar No. 192111)
*mniborski@pryorcashman.com*
Benjamin S. Akley (State Bar No. 278506)
*bakley@pryorcashman.com*
**PRYOR CASHMAN LLP**
1801 Century Park East, 24th Floor
Los Angeles, California 90067-2302
Tel: (310) 683-6900
Fax: (310) 943-3397

*Attorneys for Defendants Benjamin Joseph Levin p/k/a Benny Blanco, Ashley Nicolette Frangipane p/k/a Halsey, Nathan Perez p/k/a Happy Perez, Edward Christopher Sheeran, Friends Keep Secrets, Inc. and UMG Recordings, Inc. d/b/a Interscope Records*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KONSTANTINE PANAGIOTIS LOIS and SHANE JARRET WILLIAMS, <br><br> Plaintiffs, <br><br> vs. <br><br> BENJAMIN JOSEPH LEVIN p/k/a BENNY BLANCO et al., <br><br> Defendants. | Case No. 2:21-cv-4305-SVW-ADS <br><br> **DECLARATION OF BENJAMIN S. AKLEY IN SUPPORT OF STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** <br><br> *Stipulation filed and [Proposed] Order lodged concurrently herewith* |

## DECLARATION OF BENJAMIN S. AKLEY

I, Benjamin S. Akley, hereby declare as follows:

1. I am an attorney with the law firm of Pryor Cashman LLP, counsel of record in this action for all of the defendants, with the exception of Khalid Donnel Robinson and DOES 1 through 10 (collectively, the "Defendants"). I have personal knowledge of the facts set forth in this Declaration, except for those matters stated to be based upon my information and belief, and if called upon to do so I could and would competently testify thereto.

2. I submit this Declaration in support of the concurrently filed stipulation between Defendants and Plaintiffs Konstantine Panagiotis Lois and Shane Jarret Williams (collectively, the "Plaintiffs") to extend time for certain of the Defendants to respond to the Complaint in this action.

3. Plaintiffs filed the Complaint in this action on May 24, 2021.

4. On May 25, 2021, defendant Edward Christopher Sheeran ("Sheeran") waived service while outside the United States, making his response to the Complaint due on August 23, 2021. (ECF 12).

5. On June 8, 2021, defendant UMG Recordings, Inc. d/b/a Interscope Records ("UMG") waived service, making its response to the Complaint due on August 7, 2021. (ECF 14).

6. On June 21, 2021, the remaining defendants whom this firm represents – *i.e.*, Benjamin Joseph Levin p/k/a Benny Blanco ("Blanco"), Ashley Nicolette Frangipane p/k/a Halsey ("Halsey"), Nathan Perez p/k/a Happy Perez ("Perez") and Friends Keep Secrets, Inc. ("FKS") – agreed to acknowledge service of the Complaint, without waiver of any other defenses, on condition that they be afforded until August 23, 2021 to respond to the Complaint.

7. For the sake of uniformity, the Parties have entered into a stipulation to extend the time for Defendants to respond to the Complaint until August 23, 2021.

1

1  8. Therefore, upon approval by the Court, it is hereby stipulated by and between the Parties, through their counsel of record, that Defendants may have up to and including <u>August 23, 2021</u> to answer, move or otherwise respond to the Complaint in this action.

I declare under penalty of perjury that the foregoing is true and correct. This declaration is executed on June 22, 2021, at Los Angeles, California.

                 _/s/ Benjamin S. Akley_
                 Benjamin S. Akley