1
2
3
4
5
6
7
8
9
10
11                **UNITED STATES DISTRICT COURT**
12              **CENTRAL DISTRICT OF CALIFORNIA**
13
14   KONSTANTINE PANAGIOTIS LOIS    ) Case No. 2:21-cv-4305-SVW-ADS
     and SHANE JARRET WILLIAMS,     )
15                                  ) **[PROPOSED] ORDER GRANTING**
                                    ) **STIPULATION TO EXTEND TIME**
16            Plaintiffs,           ) **TO RESPOND TO COMPLAINT**
                                    )
17        vs.                       )
                                    )
18                                  )
     BENJAMIN JOSEPH LEVIN p/k/a    )
19   BENNY BLANCO et al.,           )
                                    )
20                                  )
             Defendants.            )
21                                  )
                                    )
22
23
24
25
26
27
28

## <u>ORDER</u>

WHEREAS good cause is shown, IT IS HEREBY ORDERED that, based on the concurrently filed Stipulation of the parties thereto, Defendants Benjamin Joseph Levin p/k/a Benny Blanco ("Blanco"), Ashley Nicolette Frangipane p/k/a Halsey ("Halsey"), Nathan Perez p/k/a Happy Perez ("Perez"), Edward Christopher Sheeran ("Sheeran"), Friends Keep Secrets, Inc. ("FKS") and UMG Recordings, Inc. d/b/a Interscope Records ("UMG") (collectively, the "Defendants"), shall have up to and including <u>August 23, 2021</u> to answer, move or otherwise respond to the Complaint in this action.

IT IS SO ORDERED.


Dated: _____ , 2021        By:   _____

                                          Honorable Stephen V. Wilson
                                          United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28