1  Benjamin S. Akley (State Bar No. 278506)
2  *bakley@pryorcashman.com*
   **PRYOR CASHMAN LLP**
3  1801 Century Park East, 24th Floor
   Los Angeles, California 90067-2302
4  Tel: (310) 683-6900
5  Fax: (310) 943-3397

6
   Donald S. Zakarin
7  *dzakarin@pryorcashman.com (pro hac vice* application forthcoming*)*
8  Ilene S. Farkas
   *ifarkas@pryorcashman.com (pro hac vice* application forthcoming*)*
9  Andrew M. Goldsmith
10 *agoldsmith@pryorcashman.com (pro hac vice* application forthcoming*)*
   **PRYOR CASHMAN LLP**
11 7 Times Square
   New York, New York 10036
12 Tel: (212) 421-4100
13 Fax: (212) 326-0806

14
   Attorneys for Defendant
15  *Edward Christopher Sheeran*

16

17

18                    **UNITED STATES DISTRICT COURT**
                      **CENTRAL DISTRICT OF CALIFORNIA**

19 KONSTANTINE PANAGIOTIS LOIS      )   Case No. 2:21-cv-4305-SVW-ADS
20 and SHANE JARRET WILLIAMS,       )   **DECLARATION OF EDWARD**
                                    )   **CHRISTOPHER SHEERAN IN**
21              Plaintiffs,         )   **SUPPORT OF MOTION TO**
                                    )   **DISMISS COMPLAINT PURSUANT**
22        vs.                       )   **TO FED. R. CIV. P. 12(b)(2)**
                                    )   *(Notice of Motion and Motion and*
23                                  )   *Declaration of Timothy William Major*
24 BENJAMIN JOSEPH LEVIN p/k/a      )   *filed, and [Proposed] Order lodged*
   BENNY BLANCO et al.,             )   *concurrently)*
25                                  )
26              Defendants.         )
                                    )   Date: October 18, 2021
27 _____ )   Time: 1:30 p.m.
28                                      Place: Courtroom 10A

## <u>DECLARATION OF EDWARD CHRISTOPHER SHEERAN</u>

I, Edward Christopher Sheeran, declare as follows under penalty of perjury:

1.     I am a named defendant in this action.  I am a songwriter and recording artist, although my "involvement" in this action is solely in my capacity as a songwriter, as I am not featured on the commercial recording of the allegedly infringing composition "Eastside," nor have I ever performed it.  While I was not physically in the same place as Benjamin Joseph Levin p/k/a Benny Blanco ("Blanco"), Ashley Nicolette Frangipane p/k/a Halsey ("Halsey"), Nathan Perez p/k/a Happy Perez ("Perez"), and Khalid Donnel Robinson p/k/a Khalid ("Khalid")—I authored my contribution in Philadelphia, Pennsylvania—I co-authored with them and independently created the musical composition "Eastside," the commercially released recording of which was recorded by Blanco, Halsey and Khalid and released on Blanco's studio album entitled "Friends Keep Secrets."

2.     I am fully familiar with the facts and circumstances set forth in this Declaration, which I respectfully submit in support of my motion to dismiss the Complaint in this action against me pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure.

3.     I am advised that the Plaintiffs have brought suit against various defendants, including myself, for alleged copyright infringement.  I am also advised that, while this motion only addresses whether this Court has personal jurisdiction over me, in a companion motion, all of the Defendants in this case, myself included, seek dismissal of the infringement claim because it is baseless.

4.     I understand that, in their Complaint, the Plaintiffs claim that "[t]his Court has personal jurisdiction over [me] because [I] conduct business and/or reside within this judicial district, [my] acts of [alleged] infringement … occurred in this judicial district, and [I] caused [alleged] injury to Plaintiffs within this judicial district."  The Complaint does not provide any factual basis for any of these statements and, in fact, they are all

1

either untrue or, as shown by my attorneys in the accompanying Memorandum of Law, do not support exercising jurisdiction over me—or both.

**I Am Not "At Home" In California**

5. I am an English citizen and maintain a permanent place of residence in England.

6. I do not own or rent real property in California, and I do not maintain an office in California.

7. Nor do I have any "continuous" or "systematic" business contacts with California. Instead, my contacts with California have been limited and infrequent. Specifically, I have in the past performed concerts all around the world and in the United States, including in California, but I have not toured for several years, and I have never performed "Eastside" in any concert, in California or elsewhere. Also, in connection with two of my albums that were released some four and seven years ago, I did record some songs included on those albums in California. I also believe that other songs I have composed, and for which I recorded my contributions to the recordings outside of California, may have had other artists record their contributions to such recordings in California. In the past year I also appeared on a television program that was broadcast from Los Angeles. Outside of these sporadic contacts, I do not recall any other contacts I have had with California, and none of my contacts had anything to do with "Eastside."

**I Did Not Engage In Any Suit-Related**

**Acts In Or Otherwise Directed At California**

8. On or about July 11, 2017, I authored the melody and lyrics of Eastside while I was in Philadelphia, Pennsylvania, recorded what I had written and sent it to Defendant Blanco (my "recording" was not a professional recording but merely a means of preserving what I had written, so that I could transmit it to Blanco).

9. My authorship of the melody and lyrics of "Eastside" while in Philadelphia ended my role with respect to this song. I had nothing to do with the commercial recording of the composition (and I do not appear or perform on the recording).

2

DocuSign Envelope ID: 1B0C199C-3658-4B6D-AED7-363EF4E7ECDF

10.     Moreover, I have not sold, distributed or publicly performed the recording embodying the Eastside composition in California (or anywhere else in the United States)—nor have my agents.

11.     As an author, many years ago, I caused a UK-based company that I formed—Ed Sheeran Limited ("ESL UK")—to which I contributed all of my authorship rights in songs I have written, in whole or in part, to enter into a music publishing agreement with Sony/ATV Music Publishing (UK) Limited ("Sony UK").

12.     ESL UK is a corporation organized and existing under the laws of the United Kingdom; its offices are located in England.  ESL UK does not itself license or exploit any of the songs I have written or co-written.  Rather, with respect to songs I have written, it simply collects, from Sony UK and from collection societies, such as PRS in the United Kingdom, income earned around the world from the exploitation of my songs that have been licensed by various music publishers authorized by Sony UK to exploit my songs in the various territories of the world.  As it relates to Eastside, to the best of my knowledge, a United States affiliate of Sony UK ("Sony US") has licensed the use of the song in the United States to the extent of my authorship interest.  I personally have not issued any licenses in the United States.

13.     To the best of my knowledge and understanding, Sony UK is a limited liability company registered in England and Wales with offices in England.

14.     It is my understanding that Sony UK has never published Eastside (or any of my other compositions) in the United States.  Instead, as I have said, it is my understanding that Sony UK has authorized Sony US to publish Sony UK's catalog of compositions (including Eastside) in the United States.  Neither I nor ESL UK have a direct contractual relationship with Sony US, and neither I nor ESL UK has been paid any income directly by Sony US in relation to Eastside.

15.     At the time I wrote the melody and lyrics of Eastside in Philadelphia, I had never heard of the Plaintiffs in this case.  I had never heard of their song.  And because

1   I had no idea of either them or their song, I had no knowledge that they apparently have

2   some connection to California.

3   **It Would Be Unreasonable And Burdensome**

4   **To Force Me To Litigate This Case In California**

5   16.   As I have stated, I am an English citizen and resident of England.  I have

6   no permanent connection to California, and I have never engaged in any suit-related

7   conduct in or otherwise directed to California.  I do not own or rent a home in California.

8   I do not have any business offices in California.  As I mentioned above, my contacts

9   with California have been very sporadic and limited and have nothing to do with Eastside.

10  I have performed concert dates in California, although not in several years.  I recorded

11  some of the tracks on two of my albums, $x$ (Multiply) and $\div$ (Divide) in California and,

12  as I mentioned, other songs I have written and recorded outside of California may have

13  later had other artists record their contributions to the recordings in California.  My

14  recording agreement is with a United Kingdom company.  Within the past year, I also

15  appeared on a television show that was broadcast from Los Angeles.  However, none of

16  these limited contacts with California had anything to do with "Eastside."

17  17.   I am advised that the claim in this case does not arise out of or relate to any

18  of the very limited activity I have had in California and, as such, it would be

19  unreasonable and burdensome to require me to litigate this case in California, halfway

20  around the world from my home.

21  18.   For all of these reasons, I respectfully submit that my motion to dismiss the

22  Complaint pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure should be

23  granted.

24

25

26

27

28

1    I declare under penalty of perjury under the laws of the United States of America
2    that the foregoing is true and correct.

3

4    Dated: August __, 2021

5

6

7                                                    Edward Christopher Sheeran

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28