Benjamin S. Akley (State Bar No. 278506)
*bakley@pryorcashman.com*
**PRYOR CASHMAN LLP**
1801 Century Park East, 24th Floor
Los Angeles, California 90067-2302
Tel: (310) 683-6900
Fax: (310) 943-3397

Donald S. Zakarin
*dzakarin@pryorcashman.com (pro hac vice* application forthcoming*)*
Ilene S. Farkas
*ifarkas@pryorcashman.com (pro hac vice* application forthcoming*)*
Andrew M. Goldsmith
*agoldsmith@pryorcashman.com (pro hac vice* application forthcoming*)*
**PRYOR CASHMAN LLP**
7 Times Square
New York, New York 10036
Tel: (212) 421-4100
Fax: (212) 326-0806

Attorneys for Defendant
*Edward Christopher Sheeran*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KONSTANTINE PANAGIOTIS LOIS and SHANE JARRET WILLIAMS, <br><br> Plaintiffs, <br><br> vs. <br><br> BENJAMIN JOSEPH LEVIN p/k/a BENNY BLANCO et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No. 2:21-cv-4305-SVW-ADS
**DECLARATION OF TIMOTHY WILLIAM MAJOR IN SUPPORT OF MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(2)**
*(Notice of Motion and Motion and Declaration of Edward Christopher Sheeran filed, and [Proposed] Order lodged concurrently)*

Date: October 18, 2021
Time: 1:30 p.m.
Place: Courtroom 10A

**DECLARATION OF TIMOTHY WILLIAM MAJOR**

I, Timothy William Major, declare as follows under penalty of perjury:

1.     I am the Co-Managing Director of Sony/ATV Music Publishing (UK) Limited ("Sony UK") and have been employed in that position since 2019.

2.     I am fully familiar with the facts and circumstances set forth in this Declaration.

3.     I understand that the Plaintiffs have brought suit against various defendants, including Edward Christopher Sheeran ("Sheeran"), for alleged copyright infringement regarding the composition titled "Eastside," which Sheeran co-authored.

4.     Sony UK is a limited liability company registered in England and Wales with offices in England. Sony UK is a music publisher, which owns and/or administers a catalog of musical compositions and conducts business exclusively in the United Kingdom.

5.     Music publishers like Sony UK own and/or administer musical compositions which are then embodied on recordings. Music publishers do not typically produce or exploit recordings. Typically, a music publisher will license what is known as the mechanical reproduction of a composition in a recording (in the United States, licensing of musical compositions for recordings is pursuant to compulsory licensing requirements).

6.     Sony UK is a party to a music publishing agreement with a United Kingdom corporation known as Ed Sheeran Limited ("ESL UK") for the services of Sheeran, pursuant to which, *inter alia*, Sony UK controls and administers Sheeran's authorship share of the copyright in the musical compositions he authors, in whole or in part, and delivers to Sony UK under that agreement. The musical composition "Eastside," not the recording of "Eastside" (in which Sony UK has no interest), is one of the songs subject to our agreement with ESL UK.

7.     While Sony UK has licensed the exploitation of Sheeran's interest in "Eastside" (and Sheeran's other compositions) in the United Kingdom, it has never

1

published "Eastside" (or Sheeran's other compositions) in the United States.  Instead, Sony UK authorized Sony/ATV Songs LLC—now known as Sony Music Publishing (US) LLC  ("Sony US")—a Delaware limited liability company with principal offices located in New York, to administer Sheeran's catalog of compositions (including "Eastside") in the United States under a reciprocal subpublishing arrangement.

8.     To my knowledge, neither Sheeran nor ESL UK has a direct contractual relationship with Sony US, and Sony US has not made payments to Sheeran or ESL UK from income it derives from the exploitation of Eastside in the United States.

9.     Sony UK does not exploit any of Sheeran's compositions in the United States, and it does not directly collect any income earned by Eastside in the United States.

[SIGNATURE PAGE FOLLOWS]

2

1    I declare under penalty of perjury under the laws of the United States of America

2    that the foregoing is true and correct.

3

4    Dated: August _23_, 2021

5

6    _____

7    Timothy William Major

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3