1
2
3
4
5          **UNITED STATES DISTRICT COURT**
6          **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KONSTANTINE PANAGIOTIS LOIS and SHANE JARRET WILLIAMS, | Case No.: 2:21-cv-4305-SVW-ADS |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(2)** |
| vs. | |
| BENJAMIN JOSEPH LEVIN p/k/a BENNY BLANCO et al., | |
| Defendants. | |

## ORDER

WHEREAS good cause is shown, IT IS HEREBY ORDERED that, Defendant Edward Christopher Sheeran's ("Sheeran") Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(2) is GRANTED.

IT IS SO ORDERED.

Dated: _____, 2021

By: _____
      Honorable Stephen V. Wilson
      United States District Judge