Benjamin S. Akley (State Bar No. 278506)
*bakley@pryorcashman.com*
**PRYOR CASHMAN LLP**
1801 Century Park East, 24th Floor
Los Angeles, California 90067-2302
Tel: (310) 683-6900
Fax: (310) 943-3397

Donald S. Zakarin
*dzakarin@pryorcashman.com (pro hac vice* application forthcoming)
Ilene S. Farkas
*ifarkas@pryorcashman.com  (pro hac vice* application forthcoming)
Andrew M. Goldsmith
*agoldsmith@pryorcashman.com (pro hac vice* application forthcoming)
**PRYOR CASHMAN LLP**
7 Times Square
New York, New York 10036
Tel: (212) 421-4100
Fax: (212) 326-0806

Attorneys for Defendants
*Benjamin Joseph Levin p/k/a Benny Blanco, Ashley Nicolette Frangipane p/k/a Halsey, Nathan Perez p/k/a Happy Perez, Khalid Donnel Robinson p/k/a Khalid, Edward Christopher Sheeran, Friends Keep Secrets, Inc. and UMG Recordings, Inc. d/b/a Interscope Records*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| KONSTANTINE PANAGIOTIS LOIS and SHANE JARRET WILLIAMS, | ) ) ) ) ) | Case No. 2:21-cv-4305-SVW-ADS **DECLARATION OF ILENE S. FARKAS IN SUPPORT OF MOTION TO DISMISS COMPLAINT** |
| Plaintiffs, | ) ) | **PURSUANT TO FED. R. CIV. P. 12(b)(1) AND (b)(6)** |
| vs. | ) ) | *(Notice of Motion and Motion and Request for Judicial Notice filed, and [Proposed]* |
| BENJAMIN JOSEPH LEVIN p/k/a BENNY BLANCO et al., | ) ) | *Order Lodged Concurrently)* Date: October 18, 2021 |
| Defendants. | ) ) ) | Time: 1:30 p.m. Place: Courtroom 10A |

**DECLARATION OF ILENE S. FARKAS**

I, Ilene S. Farkas, declare as follows under penalty of perjury:

1. I am a member of Pryor Cashman LLP, attorneys for defendants Benjamin Joseph Levin p/k/a Benny Blanco ("Blanco"), Ashley Nicolette Frangipane p/k/a Halsey ("Halsey"), Nathan Perez p/k/a Happy Perez ("Perez"), Khalid Donnel Robinson p/k/a Khalid ("Khalid"), Edward Christopher Sheeran ("Sheeran"), Friends Keep Secrets, Inc. ("FKSI") and UMG Recordings, Inc. d/b/a Interscope Records ("UMG") (collectively, "Defendants"). I am an attorney admitted to practice in the Courts of the State of New York, and I have filed an application for *pro hac vice* admission in this action. I am fully familiar with the facts and circumstances set forth in this Declaration, which I respectfully submit in support of Defendants' motion to dismiss the Complaint filed in this action pursuant to Fed. R. Civ. P. 12(b)(1) and (b)(6).

2. A copy of the Complaint filed in this action is annexed as Exhibit 1.

3. A copy of a printout from the U.S. Copyright Office website of the copyright registration for the *Loveless* sound recording, which is alluded to in Paragraph 18 of the Complaint, is annexed as Exhibit 2.

4. Printouts of screenshots from the websites of Soundcloud and Spotify—two internet music streaming services—reflecting the number of times *Loveless* was played (or "streamed") by users of each service as of August 20, 2021 are annexed as Exhibit 3.

5. The Form 20-F that Spotify Technology S.A. filed with the Securities and Exchange Commission on or about February 12, 2019, which states, at page 39, that "[t]oday, millions of people around the world have access to over 40 million tracks through Spotify whenever and wherever they want," is annexed as Exhibit 4.

6. Excerpts from *The Harvard Dictionary of Music* including the definitions of "dyad" and "chord" are annexed as Exhibit 5.

7. A copy of Circular 56A published by the U.S. Copyright Office and available on its website (copyright.gov) is annexed as Exhibit 6.

1

1 | I declare under penalty of perjury under the laws of the United States of America
2 | that the foregoing is true and correct.
3 | Dated: September 17, 2021

ILENE S. FARKAS