# EXHIBIT 2



The Library has opened access to some reading rooms by appointment only. **More**. The Jefferson Building has reopened to visitors via timed, ticketed entry. **More**.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = SR0000826800
Search Results: Displaying 1 of 1 entries



Labeled View

### *Loveless.*

| | |
|---|---|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000826800 / 2018-08-03 |
| **Application Title:** | Loveless. |
| **Title:** | Loveless. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Konstantine Panagiotis Lois, 1976- . Address: 6227 Alcove Ave, North Hollywood, CA, 91606, United States. |
| | Shane Jarret Williams, 1988- . Address: 1033 North Genesee Ave Apt. 7, West Hollywood, CA, 90046, United States. |
| **Date of Creation:** | 2015 |
| **Date of Publication:** | 2015-12-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Konstantine Panagiotis Lois, 1976- ; Domicile: United States; Citizenship: United States. Authorship: sound recording. |
| | Shane Jarret Williams, 1988- ; Domicile: United States; Citizenship: United States. Authorship: sound recording. |
| **Rights and Permissions:** | Konstantine Panagiotis Lois, 6227 Alcove Avenue, North Hollywood, CA, 91606, United States, (818) 299-9192, kosta@kostalois.com |
| **Names:** | Lois, Konstantine Panagiotis, 1976-<br>Williams, Shane Jarret, 1988- |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format   Full Record ▾   Format for Print/Save |
| Enter your email address: [_____]   Email |

---

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page