1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                          CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| KONSTANTINE PANAGIOTIS LOIS and SHANE JARRET WILLIAMS,<br><br>Plaintiffs,<br><br>vs.<br><br>BENJAMIN JOSEPH LEVIN p/k/a BENNY BLANCO et al.,<br><br>Defendants. | Case No.: 2:21-cv-4305-SVW-ADS<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) and 12(b)(6)** |

# ORDER

WHEREAS good cause is shown, IT IS HEREBY ORDERED that, Defendants Benjamin Joseph Levin p/k/a Benny Blanco ("Blanco"), Ashley Nicolette Frangipane p/k/a Halsey ("Halsey"), Nathan Perez p/k/a Happy Perez ("Perez"), Khalid Donnel Robinson p/k/a Khalid ("Khalid"), Edward Christopher Sheeran ("Sheeran"), Friends Keep Secrets, Inc. ("FKSI") and UMG Recordings, Inc. d/b/a Interscope Records's ("UMG") (collectively, "Defendants") Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and (b)(6) is GRANTED.

IT IS SO ORDERED.

Dated: _____ , 2021      By: _____
                                            Honorable Stephen V. Wilson
                                            United States District Judge